SOUTHERN SURETY COMPANY, Appellant, vs. DODGE COUNTY, Respondent.

APPEAL from a judgment of the circuit court for Dodge county dated May 3, 1926: C. M. DAVISON, Judge.

Action by the *Surety Company* for recovery against the principal named upon a bond upon a highway contract. Judgment for defendant, from which plaintiff appeals

For the appellant: *Joseph E. Tierney* of Milwaukee.

For the respondent: *John A. Thiel* of Juneau, district attorney, and *Clark & Lueck* of Beaver Dam.

*By the Court.*—Judgment affirmed.

FLUOR BROTHERS CONSTRUCTION COMPANY, Appellant, vs. HOGAN, Respondent.

APPEAL from a judgment of the county court of Waukesha county dated February 4, 1927: DAVID W. AGNEW, Judge.

Action for balance due on construction contract. Counterclaim for damages. Judgment in favor of defendant, from which plaintiff appeals.

For the appellant: *Fawsett & Shea*, attorneys, and *C. F. Mikkelson*, of counsel, all of Milwaukee.

For the respondent: *Allen D. Young* of Waukesha.

*By the Court.*—Judgment affirmed.

BRODSTEIN, Respondent, vs. BRODSTEIN, Appellant.

APPEAL from a judgment of the circuit court for Milwaukee county dated February 8, 1927: OTTO H. BREIDENBACH, Judge.

Divorce. Judgment for plaintiff, from which defendant appeals.

For the appellant: *H. H. Heilbron* of Milwaukee.

For the respondent: *Churchill, Bennett & Churchill*, attorneys, and *Richard R. Davis*, of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.